# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00728-NYW

KELLY WARNER,
KRISTOPHER HOWARD, and
TYLER PLUMMER,

    Plaintiffs,

v.

PRO WIRELINE, INC.,

    Defendant.

---

## ORDER SETTING STATUS CONFERENCE AND SETTING DEADLINE FOR FILING OF CONSENT/NONCONSENT FORM

---

    This case has been directly assigned to Magistrate Judge Nina Y. Wang pursuant to D.C.COLO.LCivR 40.1(c).

    IT IS ORDERED:

    1.  The court shall hold a Status Conference on:

**May 13, 2016 at 10:00 a.m.**

in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

    2.  The parties shall complete and file the Consent/Nonconsent Form indicating either unanimous consent of the parties or that consent has been declined, on or before:

**May 6, 2016**

DATED: April 4, 2016

BY THE COURT:

s/Nina Y. Wang_____
United States Magistrate Judge